UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERI ROLLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C06-5052-FDB<br><br><br>ORDER FOR EXTENSION |

Based upon Stipulation between the parties, it is hereby ORDERED that the Defendant shall have an extension to and including July 21, 2006, to file a response to Plaintiff's opening brief. It is further ORDERED that Plaintiff shall have to and including August 11, 2006, to file Plaintiff's Reply Brief.

Page 1      ORDER - [C06-5052-FDB]

1   DATED this 5th day of July, 2006.

2

3

4                                           Karen L. Strombom
                                            United States Magistrate Judge
5

6

7

8  Presented by:

9
   s/ JEFFREY BAIRD
10 Special Assistant U.S. Attorney
   Office of the General Counsel
11 701 Fifth Avenue, Suite 2900 MS/901
12 Seattle, Washington 98104-7075
   Telephone:  (206) 615-2205
13 FAX:  (206) 615-2531
   jeffrey.h.baird@ssa.gov
14

15

...

28 Page 2      ORDER - [C06-5052-FDB]