UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERI P. ROLLER,<br><br>      Plaintiff,<br><br>      v.<br><br>JO ANNE BARNHART, Commissioner of Social Security,<br><br>      Defendant. | Case No. C06-5052 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO REVERSE THE DECISION OF THE COMMISSIONER AND REMAND FOR AN AWARD OF BENEFITS |

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Ms Roller to not be disabled be reversed and the matter be remanded to the Commissioner for an award of benefits. The Commissioner has not filed objections to the Report and Recommendation.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Administrative Law Judge erred in determining Plaintiff to be not disabled;

    (3)    The decision is reversed and the matter remanded for an award of benefits; and

    (4)    The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's

ORDER - 1

counsel and Magistrate Karen L. Strombom.

DATED this 18th day of September, 2006.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2